# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE GONZALEZ, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br><br>Defendants. | Case No. 1:23-cv-00280-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br><br>(ECF No. 3). |

On March 2, 2023, the parties' filed a stipulation to extend the time for Defendant to respond to the complaint. (ECF No. 3). Based on the parties' stipulation (ECF No. 3), IT IS ORDERED that Defendant shall have a thirty (30) day extension, up to and including April 3, 2023, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **March 5, 2023**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1