



**United States District Court**
**Eastern District of California**

MAR 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

| Irene Gonzales, et al |
|---|

Plaintiff(s)

V.

| Fresno Community Hospital & Medical Center |
|---|

Defendant(s)

Case Number: | 1:23-cv-00280-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lance T. Spitzig _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs Gonzalez, McGivern, and Schlesinger

On _____12/16/2020_____ (date), I was admitted to practice and presently in good standing in the
_____State Bar of Michigan_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Kathryn Crouch v. Saint Agnes Medical Center 1:22-cv-1527, PHV Granted 2/7/2023

Date:_____03/15/2023_____          Signature of Applicant: /s/ Lance T. Spitzig _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lance T. Spitzig |
| Law Firm Name: | Liddle Sheets Coulson P.C. |
| Address: | 975 E. Jefferson Ave |

| | | | | | |
|---|---|---|---|---|---|
| City: | Detroit | State: | MI | Zip: | 48207 |

| | |
|---|---|
| Phone Number w/Area Code: | (313) 392-0015 |
| City and State of Residence: | Detroit, MI |
| Primary E-mail Address: | Lspitzig@lsccounsel.com |
| Secondary E-mail Address: | Jdelaunay@lsccounsel.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mike Arias, Esq. |
| Law Firm Name: | Arias Sanguinetti Wang & Torrijos, LLP |
| Address: | 6701 Center Drive West, 14th Floor |

| | | | | | |
|---|---|---|---|---|---|
| City: | Los Angeles | State: | CA | Zip: | 90045 |

| | | | |
|---|---|---|---|
| Phone Number w/Area Code: | (310) 844-9696 | Bar # | SBN 115385 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/17/23

JUDGE, U.S. DISTRICT COURT