


**United States District Court**
**Eastern District of California**

MAR 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| Irene Gonzales, et al |
Plaintiff(s)

Case Number: 1:23-cv-00280-EPG

V.

| Fresno Community Hospital & Medical Center |
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nicholas A. Coulson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs Gonzalez, McGivern, and Schlesinger

On 12/09/2013 (date), I was admitted to practice and presently in good standing in the State Bar of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Kathryn Crouch v. Saint Agnes Medical Center 1:22-cv-1527, PHV Granted 2/7/2023

Date: 03/15/2023       Signature of Applicant: /s/ Nicholas A. Coulson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nicholas A. Coulson |
| Law Firm Name: | Liddle Sheets Coulson P.C. |
| Address: | 975 E. Jefferson Ave |
| City: | Detroit   State: MI   Zip: 48207 |
| Phone Number w/Area Code: | (313) 392-0015 |
| City and State of Residence: | Birmingham, MI |
| Primary E-mail Address: | ncoulson@lsccounsel.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mike Arias, Esq. |
| Law Firm Name: | Arias Sanguinetti Wang & Torrijos, LLP |
| Address: | 6701 Center Drive West, 14th Floor |
| City: | Los Angeles   State: CA   Zip: 90045 |
| Phone Number w/Area Code: | (310) 844-9696   Bar # SBN 115385 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/17/23

_____
JUDGE, U.S. DISTRICT COURT