1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

IRENE GONZALEZ, *et al.*, *on behalf of themselves and all other similarly situated*,

12

Plaintiff,

13

v.

14

FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,

15
16

Defendants.

17
18
19

Case No.  1:23-cv-00280-EPG

ORDER RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT AND CONTINUE MANDATORY SCHEDULE CONFERENCE AND RELATED DEADLINES

(ECF No. 14).

20

On March 30, 2023, the parties filed a joint stipulation to extend the time for Defendant to respond to Plaintiffs' complaint and to continue the initial scheduling conference. (ECF No. 14). The parties request that the time for response be extended until thirty (30) days after an order is issued regarding Plaintiffs' motion to remand. (*Id.* at 3). Further, the parties request that the initial scheduling conference be continued until ninety (90) days after such an order. (*Id.*)

21
22
23
24
25

Based on the parties' stipulation (ECF No. 14), IT IS ORDERED as follows:

26

1. Defendant shall file a response to Plaintiffs' complaint within thirty days following an order regarding Plaintiffs' motion to remand;

27
28

2. The scheduling conference currently set for April 27, 2023, is VACATED. Within ten

1

days of an order regarding Plaintiffs' motion to remand, the parties shall jointly email the Court's courtroom deputy, Michelle Rooney (mrooney@caed.uscourts.gov), to obtain a new scheduling conference date. The Court will provide a new date for the scheduling conference that is approximately ninety (90) days from a final order regarding Plaintiffs' motion to remand.

IT IS SO ORDERED.

Dated:   **March 31, 2023**              /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE