Mike M. Arias, Esq. (SBN 115385)
Arnold C. Wang, Esq. (SBN 204431)
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
T: (310) 844-9696
F: (310) 861-0168

Nicholas A. Coulson\*
Lance Spitzig\*
\**Pro hac vice*
**LIDDLE SHEETS COULSON P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207
T: (313) 392-0015
F: (313) 392-0025

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRENE GONZALEZ, FRANCINE MCGIVERN, and SHELDON SCHLESINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br>Defendant | CASE NO. 1:23-cv-00280-EPG<br><br>**LANCE SPITZIG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

Lance Spitzig, individually, moves for an Order withdrawing him as counsel for Plaintiffs in the above-captioned action. April 27, 2023 is Mr. Spitzig's last day with Liddle Sheets Coulson P.C. ("LSC"), and the law firms of LSC and Arias Sanguinetti Wang & Torrijos, LLP shall continue to represent Plaintiffs in this action.

WHEREFORE, Lance Spitzig respectfully requests an Order granting this motion.

Dated: April 27, 2023                                    Respectfully submitted,

s/   *Lance Spitzig*
Lance Spitzig
**LIDDLE SHEETS COULSON P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
T: (313) 392-0015
E: lspitzig@lsccounsel.com

**LANCE SPITZIG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2023, a copy of the foregoing was served by email upon the following:

Teresa C. Chow
Alexander Vitruk
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
T: 310.820.8800
E: tchow@bakerlaw.com
E: avitruk@bakerlaw.com

*Attorneys for Defendant*

                                                  s/   *Lance Spitzig*
                                                  Lance Spitzig

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE GONZALEZ, FRANCINE MCGIVERN, and SHELDON SCHLESINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br>Defendant | CASE NO. 1:23-cv-00280-EPG<br><br>**[PROPOSED] ORDER GRANTING LANCE SPITZIG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

AND NOW, upon careful consideration of Lance Spitzig's Motion to Withdraw as Counsel for Plaintiffs, it is hereby ordered that the motion is GRANTED, whereby Lance Spitzig is no longer counsel of record for Plaintiffs in the above-captioned action and shall have no further responsibility in this case.

Dated: April ___, 2023

BY THE COURT:

_____
Hon. Ana de Alba
United States District Judge

**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

**LANCE SPITZIG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**