1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE GONZALEZ, *et al., on behalf of themselves and all others similarly situated*, | Case No.   1:23-cv-00280-ADA-EPG |
| Plaintiffs, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | (ECF No. 23) |
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, | |
| Defendant. | |

This matter is before the Court on the motion of Attorney Lance Spitzig to withdraw as counsel for Plaintiffs. As grounds, the motion states as follows: "April 27, 2023 is Mr. Spitzig's last day with Liddle Sheets Coulson P.C. ('LSC'), and the law firms of LSC and Arias Sanguinetti Wang & Torrijos, LLP shall continue to represent Plaintiff in this action." (ECF No. 23).

Upon review, IT IS ORDERED as follows:

1. Attorney Spitzig's motion to withdraw as counsel (ECF No. 23) is granted.

2. The hearing on the motion noticed for May 1, 2023, is vacated.

\\\
\\\
\\\
\\\

1

3.  The Clerk of Court is respectfully directed to terminate Attorney Spitzig as counsel from
    this case.

IT IS SO ORDERED.

Dated:   **May 1, 2023**                     /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE